IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:01CR36 |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| JOHN P. HOWELL, ) | |
| ) | |
| Defendant, ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's Motion under 28 U.S.C. § 2255, Filing No. 50, is dismissed, with prejudice.

DATED this 12th day of August, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge